IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
EASTERN DISTRICT COURT
ARKANSAS
JUN 26 2014
JAMES W. McCORMACK, CLERK
By: _____ C. __
DEP CLERK

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                        NO. 4:07CR00250-05 JM

ZACHARY D. POINDEXTER                                              DEFENDANT

## JUDGMENT and COMMITMENT ORDER

Court convened on Thursday, June 26, 2014, for a scheduled hearing on the government's motion to revoke supervised release of defendant Zachary D. Poindexter. Document #372. Assistant United States Attorney Angela Jegley was present for the government. The defendant appeared in person with his attorney, Assistant Federal Public Defender Chris Tarver.

Upon inquiry from the Court, Poindexter admitted all of the allegations in the motion to revoke. Following witness testimony from the probation officer and defendant's mother, and statements by the defendant and counsel, the Court determined that the motion to revoke should be GRANTED. Document #372.

IT IS THEREFORE ORDERED that defendant's supervised release is revoked and he is sentenced to **TIME SERVED.**

IT IS FURTHER ORDERED that defendant's conditions of supervised release are hereby modified to include the following:

- Defendant's term of supervised release is extended for six (6) months;

- The defendant will reside with his mother, Angela Cleveland Williams, for the remainder of his term of supervised release.

All other conditions of supervised release remain unchanged and in full force and effect as previously imposed.

IT IS SO ORDERED this 26 day of June, 2014.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE